

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00022-CR, 04-22-00023-CR, 04-22-00024-CR

Nathanael Lee **SCHOEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A19182, A19183, A19184
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's brief was originally due March 28, 2022 but was not filed. On March 30, 2022, this court notified appellant by letter that the brief was late and instructed him to file a response stating a reasonable explanation for failing to timely file the brief. On April 6, 2022, appellant filed an adequate response to our letter and requested an extension of time to file the brief until May 6, 2022. After consideration, we **GRANT** the motion for extension of time and **ORDER** appellant to file his brief **by May 6, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court